**Order entered August 4, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00033-CV

## CITY OF DALLAS, VINCENT GOLBECK, STEPHEN WORDEN, RAQUEL HERNANDEZ AND CARLA D. NEWSON, Appellants

## V.

## ROBERT GRODEN, Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-01521**

## ORDER

We **GRANT** appellants' July 31, 2015 unopposed motion for extension of time to file reply brief and **ORDER** the brief be filed no later than September 4, 2015.

/s/     CRAIG STODDART
           JUSTICE